IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| COALITION OPPOSED TO ADDITIONAL SPENDING & TAXES ("COAST"), et al. | : | CIVIL CASE NO. C-1-01-659 |
| | : | Judge Dlott |
| Plaintiffs, | | |
| vs. | | DEFENDANTS' MOTION FOR EXTENSION OF TIME AND AFFIDAVIT OF STEVEN KURTZ |
| THE CITY OF CINCINNATI, | | |
| Defendant. | | |



*Granted   Susan J. Dlott 9/3/03*

Now comes Defendant City of Cincinnati, and pursuant to Rule 6.1 (b) of the Local Civil Rules of the United States District Court for the Southern District of Ohio, and for good cause shown, hereby moves this Court for an Order Extending Agreed Order entered on November 14, 2001 to December 30, 2003. During the month of July, 2003, the City of Cincinnati Planning Commission and the Neighborhood and Public Services Committee of City Council held joint hearings to solicit public input on the draft code. As a result of that input, the Planning Commission directed its staff to make certain changes to the code, primarily to the maps. This has taken several weeks.

On August 28, 2003, the staff presented to the Commission the Final Draft of the text and maps. The Commission took public comments at that time and will meet again on Friday, September 5, 2003. At that time, based on the review of the comments, the Commission will give directions as to what changes need to be made to the Code and will send it to City Council.