

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| COALITION OPPOSED TO ADDITIONAL SPENDING & TAXES ("COAST"), et al. | : | CIVIL CASE NO. C-1-01-659 |
| | : | Judge Dlott |
| Plaintiffs, | : | |
| vs. | : | **DEFENDANTS' MOTION FOR EXTENSION OF TIME AND AFFIDAVIT OF STEVEN KURTZ** |
| THE CITY OF CINCINNATI, | : | |
| Defendant. | : | |

Now comes Defendant City of Cincinnati, and pursuant to Rule 6.1 (b) of the Local Civil Rules of the United States District Court for the Southern District of Ohio, and for good cause shown, hereby moves this Court for an Order Extending Agreed Order entered on November 14, 2001 to February 29, 2004. On December 16, 2003, the City of Cincinnati Neighborhood and Public Services Committee of City Council was set to vote on the draft code. However, prior to the meeting, Council Member Pepper made a last minute change. The Chairperson of the Committee felt that she could not approve the change until it was studied and held off approval until the next meeting. The next City of Cincinnati Neighborhood and Public Services Committee of City Council is scheduled to take place on January 13, 2004.

The Zoning Code will become effective thirty days after its adoption. The estimated time for completion of all the previously described actions will be approximately February 29, 2004.

In support of this motion, the Affidavit of Steven A. Kurtz is attached.

Respectfully submitted,

**JULIA L. McNEIL (0043535)**
City Solicitor


*/s/ Richard Ganulin*

**RICHARD GANULIN (0025642C)**
Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
(513) 352-3329
FAX: (513) 352-1515
richard.ganulin@cincinnati-oh.gov
Counsel for Defendant


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to Christopher P. Finney, counsel for plaintiff, at Finney, Stagnaro, Saba & Klusmeier, Co. L.P.A., 2623 Erie Avenue, P.O. Box 8804, Cincinnati, Ohio 45208 and to and David R. Langdon, co-counsel for plaintiff, at 11175 Reading Road, Suite 103, Cincinnati, Ohio 45241 this 24th day of December, 2003 by ordinary U.S. mail.

*/s/ Richard Ganulin*
Richard Ganulin
Assistant City Solicitor

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| COALITION OPPOSED TO ADDITIONAL SPENDING & TAXES, et al. | : | CASE NO. C-1-01-659 |
| Plaintiffs, | : | (Judge Dlott) |
| | : | |
| vs. | : | |
| | | **AFFIDAVIT OF STEVEN A. KURTZ** |
| THE CITY OF CINCINNATI, | : | |
| Defendants. | : | |

STATE OF OHIO        )
                     )   SS
COUNTY OF HAMILTON   )

Steven A. Kurtz, being first duly cautioned and sworn, states and deposes as follows:

1. I am the Administrator of Land Use Management for the Community Development and Planning Department.

2. On December 16, 2003, the City of Cincinnati Neighborhood and Public Services Committee of City Council was set to vote on the draft code. However, prior to the meeting, Council Member Pepper made a last minute change. The Chairperson of the Committee felt that that she could not approve the change until it was studied and held off approval until the next meeting. The next City of Cincinnati Neighborhood and Public Services Committee of City Council is scheduled to take place on January 13, 2004.

3. The Zoning Code will become effective thirty days after its adoption. The estimated time for completion of all the previously described actions will be approximately February 29, 2004.

**FURTHER AFFIANT SAITH NAUGHT.**

_____
Steven A. Kurtz

The foregoing instrument was sworn to before me and subscribed in my presence this 23rd day of December, 2003.

_____
Notary Public

GAIL E. CLARK
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES 0...