IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| COALITION OPPOSED TO ADDITIONAL SPENDING & TAXES ("COAST"), et al. | : | CIVIL CASE NO. C-1-01-659 |
| | : | Judge Dlott |
| Plaintiffs, | : | |
| vs. | : | **DEFENDANTS' MOTION FOR EXTENSION OF TIME AND AFFIDAVIT OF STEVEN KURTZ** |
| THE CITY OF CINCINNATI, | : | |
| Defendant. | : | |

Now comes Defendant City of Cincinnati, and pursuant to Rule 6.1 (b) of the Local Civil Rules of the United States District Court for the Southern District of Ohio, and for good cause shown, hereby moves this Court for an Order Extending Agreed Order entered on November 14, 2001 to February 29, 2004. On December 16, 2003, the City of Cincinnati Neighborhood and Public Services Committee of City Council was set to vote on the draft code. However, prior to the meeting, Council Member Pepper made a last minute change. The Chairperson of the Committee felt that she could not approve the change until it was studied and held off approval until the next meeting. The next City of Cincinnati Neighborhood and Public Services Committee of City Council is scheduled to take place on January 13, 2004.

The Zoning Code will become effective thirty days after its adoption. The estimated time for completion of all the previously described actions will be approximately February 29, 2004.