**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| COALITION OPPOSED TO ADDITIONAL : <br> SPENDING & TAXES, et al. <br> : <br> Plaintiffs, : <br> : <br> -vs- : <br> : <br> THE CITY OF CINCINNATI, : <br> : <br> Defendant. : | Case No. C-1-01-659 <br><br> Judge Susan J. Dlott |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the voluntary dismissal of the within action, without prejudice.

Respectfully submitted,

*s/ Christopher P. Finney by DRL w/ auth.*

Christopher P. Finney (0038998)
FINNEY, STAGNARO, SABA & KLUSMEIER
2623 Erie Avenue
Cincinnati, Ohio 45208
Telephone: (513) 533-2996
Facsimile: (513) 533-2999
Email: cfinney@fssk-law.com

*s/ David R. Langdon*

David R. Langdon (0067046)
Jeffrey A. Shafer (0067802)
LANGDON & SHAFER LLC
11175 Reading Road, Suite 103
Cincinnati, Ohio 45241
Telephone: (513) 577-7380
Facsimile: (513) 577-7383
Email: dlangdon@langdonshafer.com

**Attorneys for Plaintiffs**

*s/ Richard Ganulin by DRL w/ auth.*

Richard Ganulin (0025642)
Assistant City Solicitor
City of Cincinnati
City Hall, Room 214
801 Plum Street
Cincinnati, Ohio 45202
Telephone: (513) 352-3329
Facsimile: (513) 352-1515
Email: richard.ganulin@rcc.org

**Attorney for Defendant**

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on the _1st_ day of September, 2004, a true and accurate copy of the foregoing Stipulation of Dismissal was electronically filed with the Clerk of the Court using the CM/ECF system.

*s/ David R. Langdon*
David R. Langdon